UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES D. YOUNG, | ) CASE NO.:  1:14-CV-01661 |
| | ) |
| Plaintiff, | ) JUDGE LESLEY WELLS |
| v. | ) |
| | ) |
| REIMER, ARNOVITZ, CHERNEK & JEFFREY CO., L.P.A., *et al.*, | ) **STIPULATED DISMISSAL** |
| | ) |
| | ) |
| Defendants. | ) |

The Parties give notice that this case has been settled.  As such, the Parties stipulate that the Court may dismiss this case with prejudice with each Party to pay its own costs.

Respectfully submitted,

 /s/ Marc E. Dann (per consent)                 /s/ James O'Connor
Marc E. Dann (0039425)                           James O'Connor (00063428)
Grace M. Doberdruk (0085632)                REMINGER CO., L.P.A.
The Dann Law Firm                                    101 West Prospect Avenue, Suite 1400
P.O. Box 6031040                                       Cleveland, Ohio  44115
Cleveland, Ohio  44103                            Phone: (216) 687-1311
Phone: (216) 373-0539                              Email: joconnor@reminger.com
Email: mdann@dannlaw.com                *Attorney for Defendant Reimer, Arnovitz,*
         grace@dannlaw.com                     *Chernek & Jeffrey Co., L.P.A.*
*Attorneys for Plaintiff James D. Young*

                                                                  /s/ Natalia Steel (per consent)
                                                              Carrie M. Brosius (0075484)
                                                              Natalia Steel (0082530)
                                                              Vorys, Sater, Seymour and Pease, LLP
                                                              200 Public Square, Suite 1400
                                                              Cleveland, Ohio 44114
                                                              Phone: (216) 479-6100
                                                              Email: cmbrosius@vorys.com
                                                                       nsteel@vorys.com
                                                              *Attorney for Defendant Bayview Loan*
                                                              *Servicing, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May 2015 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          */s/ James O'Connor*
          James O'Connor (00063428)